**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CABRERA-RAMIREZ BERNABE CABRERA,<br><br>Petitioner,<br><br>v.<br><br>J. JOHNSON, et al.,<br><br>Respondents. | CASE NO. 5:26-cv-02774-RGK-SK<br><br>**JUDGMENT** |

Pursuant to the Order Accepting (as modified) the Report and Recommendation of the United States Magistrate Judge (ECF 16) to grant the petition for writ of habeas corpus under 28 U.S.C. § 2241, Judgment is now entered in Petitioner's favor as set forth in that Order.

The Clerk of Court is instructed to close the case.

IT IS SO ORDERED.

DATED: 7/7/2026

_____
R. GARY KLAUSNER
United States District Judge